UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-24409 MORENO/O'SULLIVAN

TAL HILSON,

    Plaintiff,

vs.

AVENTURA D'LITES, INC. d/b/a
D'LITES EMPORIUM,

    Defendant.
_____/

### PLAINTIFF'S MOTION FOR VOLUNTARILY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff, TAL HILSON, by and through respective counsel, hereby moves this Honorable Court for an Order granting the dismissal without prejudice of this case and in support thereof alleges as follows:

### FACTS

Although the Defendant has not removed the barriers complained of in Plaintiff's Complaint, counsel for Defendant asserted in Defendant's Answer that Defendant "intends to correct those conditions that Plaintiff complains of to the extent readily achievable and technically feasible". Additionally, Plaintiff is seeking administrative enforcement of the ADA regarding the subject property.

As such, Plaintiff requests the court grant this Motion for Voluntary Dismissal without Prejudice.

### MEMORANDUM OF LAW

Rule 41(a)(2) of the Federal Rules of Civil Procedure states as follows: Except as

1

provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper [...] a dismissal under this paragraph is without prejudice.

WHEREFORE, Plaintiff hereto request this Court enter the attached Order allowing for the voluntary dismissal of the case without prejudice and the Court retaining jurisdiction of same.

### CERTIFICATE OF GOOD FAITH CONFERENCE

In accordance with Local Rule 7.1(a)(3), Counsel for the movant conferred with Defendant's Counsel via email on February 17, 2015 and Defendant's Counsel objects to the relief requested herein.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 17, 2015 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document id being served this day on all counsel of record via transmission of Notices of Electronic filing generated by CM/ECF.

Respectfully submitted,

MARK D. COHEN, P.A.
Attorney for Plaintiff
Presidential Circle, Ste.435 So.
4000 Hollywood Blvd.
Hollywood, FL 33021
Telephone: (954) 962-1166
Fla. Bar No. 347345

*/s/ MARK D. COHEN*
MARK D. COHEN, ESQ.